Billy Joe Hudson) for writ of certiorari pursuant to Rule 2 denied 6 November 1991.

N.C. BAPTIST HOSPITALS v. FRANKLIN

No. 370P91

Case below: 103 N.C.App. 446

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 November 1991.

ODUM v. NATIONWIDE MUTUAL INS. CO.

No. 198P91

Case below: 101 N.C.App. 627
329 N.C. 499

Petition by defendant (Nationwide) for reconsideration of the petition for review dismissed 6 November 1991.

PEOPLE SAVINGS AND LOAN ASSN. v.
CITICORP ACCEPTANCE CO.

No. 439P91

Case below: 103 N.C.App. 762

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 November 1991.

PULLIAM v. CITY OF GREENSBORO

No. 441P91

Case below: 103 N.C.App. 748

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 November 1991.

SHORE v. ANDREWS

No. 401P91

Case below: 103 N.C.App. 665

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 6 November 1991.